**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| MIOMED ORTHOPAEDICS, INC. v. DJO, LLC. | FILED: SEPTEMBER 2, 2008 08CV4985 JUDGE ANDERSEN MAGISTRATE JUDGE VALDEZ CH |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DJO, LLC.

| | |
|---|---|
| NAME (Type or print) Blake T. Hannafan | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Blake T. Hannafan | |
| FIRM Hannafan & Hannafan, Ltd. | |
| STREET ADDRESS One East Wacker Drive, Suite 2800 | |
| CITY/STATE/ZIP Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6256052 | TELEPHONE NUMBER 312-527-0055 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |