IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| MIOMED ORTHOPAEDICS, INC. | ) | | FILED: SEPTEMBER 2, 2008 |
| | ) | | 08CV4985 |
| Plaintiff, | ) | | JUDGE ANDERSEN |
| | ) | NO. | MAGISTRATE JUDGE VALDEZ |
| v. | ) | | CH |
| | ) | | |
| DJO, LLC, | ) | | |
| | ) | | |
| Defendant. | ) | | |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on September 2, 2008 he caused a true and correct copy of **Defendant's Notice of Removal of Action** to be served electronically and by U.S. Mail in accordance with the Northern District of Illinois General Order on Electric Case Filing upon the following:

        Ron A. Cohen
        30 N. LaSalle Street, Suite 3400
        Chicago, Illinois 60603


        s/ Eric J. Malnar

Dated: September 2, 2008


Michael T. Hannafan
Blake T. Hannafan
Eric J. Malnar
Hannafan & Hannafan, Ltd.
One East Wacker Drive, Suite 2800
Chicago, Illinois 60601
(312) 527-0055