IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MIOMED ORTHOPAEDICS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 08 C 04985 |
| | ) | |
| v. | ) | Judge Wayne R. Andersen |
| | ) | |
| DJO, LLC, | ) | Magistrate Judge Maria Valdez |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO
ANSWER OR OTHERWISE PLEAD**

Defendant DJO, LLC ("DJO"), by and through its attorneys, moves for an Extension of Time to Answer or Otherwise Plead. In support of its motion, DJO states as follows:

1. Plaintiff MioMed Orthopaedics, Inc. ("MioMed") filed its Complaint on July 24, 2008 and Defendant DJO was subsequently served on August 11, 2008. DJO is to answer or otherwise plead by September 8, 2008.

2. The law firm of Hannafan & Hannafan, Ltd. was recently retained to represent DJO in this matter. On September 2, 2008, DJO filed a Notice of Removal from the Circuit Court of Cook County to this Court. DJO seeks an additional 30 days, to and including October 8, 2008, to answer or otherwise plead. This motion is not being brought for any dilatory purpose.

**WHEREFORE**, Defendant DJO, LLC respectfully requests this Court to grant its Motion for an Extension of Time to Answer or Otherwise Plead by October 8, 2008.

Dated: September 3, 2008

                                                  Respectfully submitted,

                                                  By:     /s/ Eric J. Malnar
                                                  One of the Attorneys for Defendant

Michael T. Hannafan
Blake T. Hannafan
Eric J. Malnar
Hannafan & Hannafan, Ltd.
One East Wacker Drive
Suite 2800
Chicago, Illinois  60601
(312) 527-0055

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MIOMED ORTHOPAEDICS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 08 C 04985 |
| | ) | |
| v. | ) | Judge Wayne R. Andersen |
| | ) | |
| DJO, LLC, | ) | Magistrate Judge Maria Valdez |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certifies that on September 3, 2008 he caused a true and correct copy of **Defendant's Motion for Extension of Time to Answer or Otherwise Plead and Notice of Motion** to be served electronically and by U.S. Mail in accordance with the Northern District of Illinois General Order on Electric Case Filing upon the following:

                                Ron A. Cohen
                                30 N. LaSalle Street, Suite 3400
                                Chicago, Illinois 60603


                                <u>s/ Eric J. Malnar</u>

Dated: September 3, 2008

Michael T. Hannafan
Blake T. Hannafan
Eric J. Malnar
Hannafan & Hannafan, Ltd.
One East Wacker Drive, Suite 2800
Chicago, Illinois  60601
(312) 527-0055