IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MIOMED ORTHOPAEDICS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 08 C 04985 |
| | ) | |
| v. | ) | Judge Wayne R. Andersen |
| | ) | |
| DJO, LLC, | ) | Magistrate Judge Maria Valdez |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To:   Ron A. Cohen
      30 N. LaSalle St, Suite 3400
      Chicago, Illinois 60603

**PLEASE TAKE NOTICE** that on Thursday, September 11, 2008, at 9:00 a.m., or as soon thereafter as we may be heard, we shall appear before Judge Wayne R. Anderson in Room 1403 in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and present **Defendant's Motion for Extension of Time to Answer or Otherwise Plead**, a copy of which is attached and served upon you.


By   s/Eric J. Malnar
One of the Attorneys for Defendant


Dated:  September 3, 2008

Michael T. Hannafan
Blake T. Hannafan
Eric J. Malnar
Hannafan & Hannafan, Ltd.
One East Wacker Drive, Suite 2800
Chicago, Illinois  60601
(312) 527-0055

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| MIOMED ORTHOPAEDICS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 08 C 04985 |
| | ) | |
| v. | ) | Judge Wayne R. Andersen |
| | ) | |
| DJO, LLC, | ) | Magistrate Judge Maria Valdez |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on September 3, 2008 he caused a true and correct copy of **Defendant's Motion for Extension of Time to Answer or Otherwise Plead and Notice of Motion** to be served electronically and by U.S. Mail in accordance with the Northern District of Illinois General Order on Electric Case Filing upon the following:

>Ron A. Cohen
>30 N. LaSalle Street, Suite 3400
>Chicago, Illinois 60603

>s/ Eric J. Malnar

Dated: September 3, 2008

Michael T. Hannafan
Blake T. Hannafan
Eric J. Malnar
Hannafan & Hannafan, Ltd.
One East Wacker Drive, Suite 2800
Chicago, Illinois 60601
(312) 527-0055