**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case Number:      08-cv-4985

Miomed Orthopaedics, Inc

v

DJO, LLC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Miomed Orthopaedics, Inc

| |
|---|
| NAME (Type or print)<br>Thomas A. Gamache |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>        s/Thomas A. Gamache |
| FIRM        SLAVIN & SLAVIN |
| STREET ADDRESS        20 S. CLARK STREET, SUITE 510 |
| CITY/STATE/ZIP        CHICAGO, IL  60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6281435 | TELEPHONE  NUMBER      (312) 782-7848 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")    N |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")     N |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")        N |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")      N |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.<br> RETAINED COUNSEL                        APPOINTED COUNSEL |

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| MIOMED ORTHOPAEDICS, INC. | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | Case No. 08 CV 4985 |
| | ) | Judge Wayne R. Anderson |
| DJO,  LLC | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF FILING

TO:   Ron A. Cohen
        30 N La Salle Street, Suite 3400
        Chicago, Illinois 60602

        Blake T. Hannafan
        Eric J. Malnar
        Michael T. Hannafan
        Hannafan & Hannafan, LTD
        1 E. Wacker Drive, Suite 2800
        Chicago, Illinois 60601

        PLEASE TAKE NOTICE that on this 5th day of September, 2008 the attached Appearance was filed with the District Court of the Northern District of Illinois at the Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, a copy of which is hereby served upon you.

                                                                  Respectfully submitted,
SLAVIN & SLAVIN                                   SLAVIN & SLAVIN
20 S. Clark St, Ste 510
Chicago, Illinois 60603              By:     s/Thomas A. Gamache
312/ 782-7848                                        Attorney for Plaintiff

### Certificate of Service

The undersigned attorney certifies that a copy of the foregoing Notice of Filing and Filing were served on the above-listed attorneys on this 5th day of September, 2008, in accordance with Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                                                                  s/Thomas A. Gamache
                                                                  Person filling out Certificate of Service